**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Angelia S Brinkley, Debtor**                    **Case No. 21-00604-JAW**
                                                                                   **Chapter 13**

<u>**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**</u>

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.


Signed:   /s/ Angelia S Brinkley_____          05-28-2026__
          Angelia S Brinkley                              Date



          /s/ Thomas C. Rollins, Jr._____      05-28-2026___
          Thomas C. Rollins, Jr., MS Bar No. 103469       Date
          Attorney for the Debtor
          The Rollins Law Firm, PLLC
          P.O. Box 13767
          Jackson, MS 39236
          601.500.5533

3. Mailing address for filing responses:

Jackson Office:                          Gulfport Divisional Office:
Danny L. Miller, Clerk                   Danny L. Miller, Clerk
United States Bankruptcy Court           United States Bankruptcy Court
Thad Cochran US Courthouse               Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                2012 15th St, Suite 244
Jackson, MS 39201                        Gulfport, MS 39501


### CERTIFICATE OF SERVICE

On May 28, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                              /s/ Thomas C. Rollins, Jr._____
                              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ANGELIA S BRINKLEY

CASE NO: 21-00604

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/28/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/28/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ANGELIA S BRINKLEY

CASE NO: 21-00604

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/28/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/28/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

~~EXCLUDE~~

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-00604
SOUTHERN DISTRICT OF MISSISSIPPI
THU MAY 28 12-2-26 PST 2026

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON  MS 39201-5036~~

AMERICAN CREDIT ACCEPT
PO BOX 204531
DALLAS  TX 75320-4531

AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN STREET
SPARTANBURG  SC 29302-2149

(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

(P)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHECK INTO CASH
201 KEITH ST SW
SUITE 80
CLEVELAND  TN 37311-5867

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS  NV 89193-8873

ENHANCED RECOVERY COMPANY
PO BOX 57547
JACKSONVILLE  FL 32241-7547

FEDERICKS CAR  TRUCK EXCHANGE
405 S CHESTNUT ST
TALLULAH LA 71282-4404

FEDLOAN
POB 60610
HARRISBURG  PA 17106-0610

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

FREDERICK AUTO
405 CHESTNUT ST
TALLULAH  LA 71282-4404

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LVNV FUNDING  LLC CO RESURGENT CAPITAL SERV
PO BOX 10587
GREENVILLE  SC 29603-0587

NATIONAL CREDIT ADJUST
PO BOX 3023
327 W 4TH STREET
HUTCHINSON  KS 67501-4842

NORAH PORTER
6134 COMMONS CIR
VICKSBURG  MS 39180-5866

(P)PARAMOUNT RECOVERY SYSTEMS
ATTN SUSAN SANCHEZ
7524 BOSQUE BLVD SUITE L
WACO TX 76712-3772

PINK DOGWOOD 13  LLC
PO BOX 1931
BURLINGAME  CA 94011-1931

PORTFOLIO RECOVERY ASS
120 CORPORATE BLVD
STE 100
NORFOLK  VA 23502-4952

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

RESURGENT CAPITAL SERV
15 SOUTH MAIN ST
STE 600
GREENVILLE  SC 29601-2768

RIVER PHYSICIANS GROUP
PO BOX 935194
ATLANTA  GA 31193-5194

RIVERLAND FED CRED UNI
639 LOYOLA AVE
NEW ORLEANS  LA 70113-3125

SMITH ROUCHON  ASSOC
1456 ELLIS AVENUE
JACKSON  MS 39204-2204

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

SYNCHRONY BANK
PO BOX 105972
ATLANTA  GA 30348-5972

US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG  PA 17106-9184

EXCLUDE

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VICKSBURG CLINIC LLC CO PASI
PO BOX 188
BRENTWOOD  TN 37024-0188

DEBTOR

WELLS FARGO
800 WALNUT
DES MOINES  IA 50309-3891

WELLS FARGO BANK  NA
PO BOX 10438  MAC F823502F
DES MOINES  IA  50306-0438

ANGELIA S BRINKLEY
2212 COMMON CIRCLE
VICKSBURG  MS 39180-5846

EXCLUDE

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767