United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                       Case No. 21-00604-JAW

Angelia S Brinkley                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                    Page 1 of 3

Date Rcvd: Jun 23, 2026                    Form ID: 3180W                           Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelia S Brinkley, 2212 Common Circle, Vicksburg, MS 39180-5846 |
| 5001186 | + | Federick's Car & Truck Exchange, 405 S Chestnut St, Tallulah LA 71282-4404 |
| 4991412 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 4991414 | + | Frederick Auto, 405 Chestnut St, Tallulah, LA 71282-4404 |
| 4991416 | + | Norah Porter, 6134 Commons Cir, Vicksburg, MS 39180-5866 |
| 4991421 | | River Physicians Group, P.O. Box 935194, Atlanta, GA 31193-5194 |
| 4991422 | + | Riverland Fed Cred Uni, 639 Loyola Ave, New Orleans, LA 70113-3125 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4992185 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 23 2026 19:38:00 | American Honda Finance Corporation, P.O. Box 168088, Irving, TX 75016-8088 |
| 4991408 | | Email/Text: bankruptcy@acacceptance.com | Jun 23 2026 19:38:00 | American Credit Accept, P.O. Box 204531, Dallas, TX 75320-4531 |
| 4991960 | + | Email/Text: bankruptcy@acacceptance.com | Jun 23 2026 19:38:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 4991409 | | EDI: CAPITALONE.COM | Jun 23 2026 23:34:00 | Capital One Bank, PO Box 85520, Richmond, VA 23285-5520 |
| 5008949 | + | Email/Text: bkinfo@ccfi.com | Jun 23 2026 19:38:00 | Check Into Cash, 201 Keith St SW, Suite 80, Cleveland, TN 37311-5867 |
| 4991410 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 23 2026 19:47:34 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4991413 | + | EDI: AMINFOFP.COM | Jun 23 2026 23:34:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4995201 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2026 19:47:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5008113 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2026 19:47:30 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5436166 | | Email/Text: EBN@Mohela.com | Jun 23 2026 19:38:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 4991415 | + | Email/Text: bankruptcy@ncaks.com | Jun 23 2026 19:37:00 | National Credit Adjust, P.O. Box 3023, 327 W 4th Street, Hutchinson, KS 67501-4842 |
| 4991417 | | Email/Text: clientservices@paramountrecovery.com | Jun 23 2026 19:37:00 | Paramount Recovery, 7524 Bosque Blvd, Waco, |

District/off: 0538-3                   User: mssbad                       Page 2 of 3

Date Rcvd: Jun 23, 2026                Form ID: 3180W                     Total Noticed: 32

| Recip ID | Bypass Reason | EDI/Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | TX 76712 |
| 5007585 | | EDI: PRA.COM | Jun 23 2026 23:34:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5002446 | ^ | MEBN | Jun 23 2026 19:34:43 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4991418 | + | EDI: PRA.COM | Jun 23 2026 23:34:00 | Portfolio Recovery Ass, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 5005530 | + | EDI: JEFFERSONCAP.COM | Jun 23 2026 23:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 4991419 | | Email/Text: bankruptcy@republicfinance.com | Jun 23 2026 19:38:00 | Republic Finance, 352 John R Junkin Dr, Natchez, MS 39120 |
| 4991420 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2026 19:47:39 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 4991423 | + | Email/Text: Tracey@sra-inc.net | Jun 23 2026 19:38:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 4991424 | + | Email/Text: bkinfo@ccfi.com | Jun 23 2026 19:38:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 4991425 | + | EDI: SYNC | Jun 23 2026 23:34:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5018806 | ^ | MEBN | Jun 23 2026 19:34:54 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 4993137 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 23 2026 19:37:00 | VICKSBURG CLINIC LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 4991426 | + | EDI: WFAUTO | Jun 23 2026 23:34:00 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |
| 4995809 | | EDI: WFCCSBK | Jun 23 2026 23:34:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4991411 | ##+ | Enhanced Recovery Company, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                     Signature:        /s/Gustava Winters

District/off: 0538-3                          User: mssbad                                Page 3 of 3
Date Rcvd: Jun 23, 2026                       Form ID: 3180W                              Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Angelia S Brinkley jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Angelia S Brinkley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Angelia S Brinkley** | Social Security number or ITIN   **xxx–xx–2755** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **21–00604–JAW**

---

# Order of Discharge

**12/18**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Angelia S Brinkley**
aka Angelia Shunte Brinkley

Dated: 6/23/26

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---